AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

__United States__  )
   *Plaintiff*  )
   v.  )  Case No. __10·M1·0464·RBC__
__Elliot Doxer__  )
   *Defendant*  )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: __for today's hearing only__

__Elliot Doxer__

Date: _____

__James W. Lawson__
   *Attorney's signature*

__James W. Lawson__
   *Printed name and bar number*

__Prince Lobel__
__100 Cambridge St__
__Boston__
   *Address*

__jlawson@princelobel.com__
   *E-mail address*

__617·456·8000__
   *Telephone number*

__617·456·8100__
   *FAX number*

**FILED**
In Open Court
USDC, MA
Date __10-7-10__
By __Noreen Russo__
Deputy Clerk