# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.             )<br>)<br>ELLIOT W. DOXER,           )<br>           Defendant.    )<br>                              ) | No. 11-cr-10268-DJC |

## ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Elliot Doxer ("Doxer"), requests that the Court modify his conditions of release to allow his wife, Revital Doxer ("Revital"), to retrieve her passport from Pretrial Services. As grounds therefor, Doxer states that:

1. One of Doxer's conditions of release included the surrender of Revital's passport. This condition was set with the understanding that the passport would be returned if Revital's mother, who has a history of poor health and lives in Israel, became ill.

2. Revital's mother has become ill again and Revital would like to travel to Israel to be with her mother at this time.

3. The Court allowed a similar motion on April 25, 2011 with the condition that Revital return the passport to Pretrial Services on the first business day following her return from Israel.

4. Counsel for the government, Scott Garland, assents to the allowance of this motion.

WHEREFORE, Doxer requests that the Court allow his motion.

2

                                                ELLIOT DOXER
                                                By his attorneys,

                                                /s/ Matthew D. Thompson
                                                Thomas J. Butters
                                                B.B.O. 068260
                                                Matthew D. Thompson
                                                B.B.O. 655225
                                                Butters Brazilian, LLP
                                                One Exeter Plaza
                                                Boston, Massachusetts 02116
                                                (617) 367-2600
Dated: August 8, 2011                   butters@buttersbrazilian.com
                                                thompson@buttersbrazilian.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                            /s/ Matthew D. Thompson
                            Matthew D. Thompson