# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.                                                 ) <br> ) <br> ELLIOT W. DOXER,                    ) <br>           Defendant.           ) <br> ) | No. 11-cr-10268-DJC |

## ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

The Defendant, Elliot Doxer ("Doxer"), requests that the Court continue the sentencing hearing in the above-captioned matter from November 30, 2011 to the afternoon of December 19, 2011. As grounds therefor, Doxer states that:

1. Counsel for Doxer and the government have conflicts with the original date of November 30, 2011.

2. The next date available for the Court as well as counsel for both parties is the afternoon of December 19, 2011.

3. No previous requests for continuance have been made.

4. Counsel for the government, Scott L. Garland and William D. Weinreb, assent to the allowance of this motion.

WHEREFORE, Doxer requests that the Court allow his motion.

2

                                                ELLIOT DOXER
                                                By his attorneys,

                                                /s/ Matthew D. Thompson
                                                Thomas J. Butters
                                                B.B.O. 068260
                                                Matthew D. Thompson
                                                B.B.O. 655225
                                                Butters Brazilian, LLP
                                                One Exeter Plaza
                                                Boston, Massachusetts 02116
                                                (617) 367-2600
Dated:  November 7, 2011          butters@buttersbrazilian.com
                                                thompson@buttersbrazilian.com

### **CERTIFICATE OF SERVICE**

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                      /s/ Matthew D. Thompson
                        Matthew D. Thompson