# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | No. 11-cr-10268-DJC |
| ELLIOT W. DOXER, | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR RETURN OF PASSPORT

The Defendant, Elliot Doxer ("Doxer"), hereby requests that the Court direct Pretrial Services to return Doxer's passport, which was surrendered as a condition of Doxer's pretrial release. As grounds therefor, Doxer states that final judgment in this matter entered on December 21, 2011. Doxer self-surrendered to the Bureau of Prisons on January 30, 2012 to serve his term of imprisonment. The practice of Pretrial Services following a final judgment is to return a passport to the State Department for destruction unless Pretrial Services receives a Court order directing that it be returned to the owner.

WHEREFORE, Doxer requests that the Court allow his motion.

ELLIOT W. DOXER
By his attorneys,

 /s/ Matthew D. Thompson
Thomas J. Butters
B.B.O. 655225
Matthew D. Thompson
B.B.O. 655225
Butters Brazilian LLP
One Exeter Plaza
Boston, Massachusetts 02116
617-367-2600
Fax: 617-367-1363
Email: butters@buttersbrazilian.com
thompson@buttersbrazilian.com

January 31, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

    /s/ Matthew D. Thompson
      Matthew D. Thompson