# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 11-cr-10268-DJC |
| ELLIOT W. DOXER,<br>            Defendant. | ) ) ) ) | |

## DEFENDANT'S MOTION FOR RELEASE OF BOND OBLIGATIONS
## AND RETURN OF FUNDS

The Defendant, Elliot Doxer ("Doxer"), hereby requests that the Court release Orrin Doxer ("Orrin") from his bond obligations as Surety in the above-captioned matter. In addition, Doxer requests that the Court direct the Clerk of the United States District Court for the District of Massachusetts, to return to Orrin funds that Orrin deposited to secure Doxer's *Appearance Bond* on November 16, 2010. (Dkt. #10.) As grounds therefor, Doxer states that Orrin secured the *Appearance Bond* with $330,000 cash (pursuant to an Escrow Agreement) and a personal agreement to forfeit $170,000 in designated property. (Dkt. #12.) Final judgment in this matter entered on December 21, 2011. Doxer self-surrendered to the Bureau of Prisons on January 30, 2012 to serve his term of imprisonment. As such, the Bond is no longer required to secure Doxer's appearance in this matter.

WHEREFORE, Doxer requests that the Court allow his motion.

                                ELLIOT W. DOXER
                                By his attorneys,

                                /s/ Matthew D. Thompson
                                Thomas J. Butters
                                B.B.O. 655225
                                Matthew D. Thompson
                                B.B.O. 655225
                                Butters Brazilian LLP
                                One Exeter Plaza
                                Boston, Massachusetts 02116
                                617-367-2600
                                Fax: 617-367-1363
                                Email: butters@buttersbrazilian.com
January 31, 2012                         thompson@buttersbrazilian.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                      /s/ Matthew D. Thompson
                         Matthew D. Thompson