

# M E M O R A N D U M

| | |
|---|---|
| To: | The Honorable Denise J. Casper<br>U.S. District Judge |
| From: | Doris C. Fitzpatrick<br>U.S. Probation Officer Assistant |
| Re: | **DOXER, Elliot**<br>**Docket #: 11-CR-10268**<br>*Transfer to the Low-Risk Supervision Caseload* |
| Date: | July 15, 2013 |

On June 27, 2012, the Office of Probation and Pretrial Services at the Administrative Office of the U.S. Courts issued a memorandum announcing a *New Policy for Supervision of Low-Risk Offenders*, and that The Guide to Judiciary Policies, Vol 8E, 440 and 350.10 had been modified with the approval of the Judicial Conference Committee on Criminal Law after endorsement by the Chiefs Advisory Group.

The change to the national policy was based on well established research (Andrew, Bonta and Hoge 1990) indicating that supervision resources are more efficiently and effectively used on moderate and high risk cases.

After a careful assessment, it has been determined that **Elliot Doxer** meets the eligibility requirements for transfer to the Low-Risk Supervision Caseload.

*/s/ Doris C. Fitzpatrick*
Doris C. Fitzpatrick
U.S. Probation Officer Assistant

Reviewed & Approved:

 */s/ Brian McDonald*
Brian McDonald
Supervising U.S. Probation Officer