UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COURT NO.  1:11-CR-10268-001-DJC |
| | ) | |
| ELLIOT W. DOXER | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of

the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned

matter, Elliot W. Doxer, by payment in full.

Respectfully submitted,

Carmen M. Ortiz
United States Attorney


By:    /s/  Brendan T. Mockler
BRENDANT T. MOCKLER
Assistant United States Attorney
Bar Admission Number 4549382 (NY)
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3197
Fax No. (617) 748-3972
brendan.mockler@usdoj.gov

DATE: December 13, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2016, this document was filed through the ECF
system and sent to Elliot W. Doxer located in Brookline, Massachusetts, and sent electronically
to any registered participants and/or a paper copy was sent by mail to those indicated as non-
registered participants.

   /s/ Brendan T. Mockler
BRENDAN T. MOCKLER
Assistant U.S. Attorney